(80 South. 36)

CENTRAL OF GEORGIA RY. CO. v. CLIFTON.   (7 Div. 972.)

(Supreme Court of Alabama.   Nov. 21, 1918.)

APPEAL AND ERROR ⊗══1012(1)—DECISION OF TRIAL COURT—REVIEW.

The only question raised in case tried by court without a jury being one of fact, judgment will be affirmed, where court on appeal is unable to say that it is contrary to weight of evidence.

Appeal from Circuit Court, Clay County; A. H. Alston, Judge.

Controversy between the Central of Georgia Railway Company and I. M. Clifton. From the judgment rendered, the former appeals. Transferred from Court of Appeals under Acts 1911, p. 449, § 6. Affirmed.

R. Williams, of Sylacauga, for appellant.
Barnes & Walker, of Opelika, for appellee.

SAYRE, J. This case was tried by the court without the intervention of a jury, and the only question raised is one of fact. Upon due consideration, this court is unable to say that the judgment rendered in the trial court is plainly contrary to the weight of the evidence. The judgment must be affirmed; therefore—

Affirmed.

ANDERSON, C. J., and GARDNER and THOMAS, JJ., concur.